William Kennedy, Respondent.— Motion denied, with ten dollars costs. Present— Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

George Buttschardt and Another, Plaintiffs, v. Mary Brautigam, Individually and as Executrix, etc., Defendant.— Motion for stay granted, except as to that part of the order which provides for the payment of the referee's fees, without costs. Present— Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Katherine Connell, as Administratrix, etc., of Michael Connell, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion for reargument denied, with ten dollars costs. Present— Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Irving Dembitz, an Infant, by Leopold Dembitz, His Guardian ad Litem, Appellant, v. Orange County Traction Company, Respondent.— Motion denied, with ten dollars costs. (See *Lawrence* v. *Wilson*, 86 App. Div. 472.) Motion for stay denied, without costs. Present— Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

George F. Driscoll, Respondent, v. James Carroll, as Trustee, etc., Appellant.— Motion denied on condition that the appellant perfect his appeal, place the case upon the next calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Sarah A. Gallagher, Respondent, v. George S. Billings, etc., and Others, Appellants.— Motion granted so far as to permit the original judgment roll to be handed up without being printed in the record; in all other respects, motion denied, without costs. Present— Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Louis F. Gautier, Respondent, v. Anna P. Ditmar and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present— Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ. Order to be settled before Mr. Justice Carr.

Samuel Goldberg, Appellant, v. Pincus Malzman and Others, Respondents.— Motions denied, without costs. Present— Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Town of Scarsdale to Have Established and Defined a Boundary Line in Dispute between the Towns of New Rochelle and Scarsdale.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Application of John Roe Snedecor to Lay Out Highway, etc.— Motion granted, without costs. Present— Jenks, P Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Application of James J. Igoe for Admission t Bar.— Application granted. Present — Burr, Thomas, Carr, Wood and Rich, JJ.

In the Matter of the Application of Charles S. Jones for Admiss the Bar.— Application granted. Present — Jenks, P. J., Thoma Woodward and Rich, JJ.

In the Matter of the Application of Harry S. Marx for Adr Bar.— Application granted. Present — Jenks, P. J., Woodward and Rich, JJ.